February 21, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479

U.S. Citizenship
and Immigration
Services

LANSANA MANSARAY
LAW OFFICES OF MARC J REITER
c/o MARC J REITER
100 FIRST AVENUE STE 650
PITTSBURGH, PA 15222



EAC1710451192



A090-347-386

RE: LANSANA MANSARAY
I-360, Petition for Amerasian, Widow(er), or Special Immigrant

## PRIMA FACIE DETERMINATION

**Receipt Date:** February 21, 2017

The request for an extension of a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act has been reviewed and granted.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF 180 DAYS FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of 180 days. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.**

**EXPIRATION DATE: August 20, 2019**