# ATTACHMENTS

**Exhibit A:** SUMMARY ORDER (Mansaray v. Barr, No. 17-1548 (2d Cir. 2019))

**Exhibit B**: Administrative Order (Misc. No. 25-MC-148, ECF Doc. No. 24)

**Exhibit C**: WRIT OF HABEAS CORPUS (Mansaray v. Commonwealth of Pennsylvania, No. 1:25-cv-00090-RAL)

**Exhibit D**: Notice of Restoration of Appropriations and Motion to Lift Admin Stay and Set Deadlines (Misc. No. 25-MC-148, ECF Doc. No. 24)

**Exhibit E**: Third Amended Complaint (Mansaray v. USCIS, et al

**Exhibit F**: USCIS November 19, 2021, VAWA denial Notice