

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **LANSANA MANSARAY,** Plaintiff, | |
| v. | **Case No.** 2:24-CV-01101 |
| **U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** Defendants. | |
| | **Hon. Geoffrey W. Crawford** United States District Judge |

PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO FILE ALL FUTURE DOCUMENTS AND PLEADINGS BY EMAIL TO THE COURT HELPDESK AND ECF NOTICE THROUGHOUT THIS PROCEEDING, AND FOR EMERGENCY RESTORATION OF PACER/ECF ACCESS

I, Lansana Mansaray, appearing pro se, respectfully move this Court for an Order granting leave to file all future documents, pleadings, motions, replies, and other submissions in this proceeding by email to the Court Helpdesk and by ECF notice— to be docketed by the Clerk's Office—for the duration of this case before the District Court, and for emergency relief regarding my locked PACER/ECF account, which is preventing me from filing through normal electronic channels. Plaintiff specifically requests that this alternative filing privilege apply to all future filings throughout the entirety of these proceedings, not merely to a single or one-time filing.

## I. BACKGROUND AND GROUNDS FOR RELIEF

Defendants are expected to filed their 12(b)(6) to dismiss. This litigation is ongoing and will require numerous future filings, including but not limited to Plaintiff's Reply

to Defendants' Motion to Dismiss, any supplemental briefs, motions, responses, status reports, and other submissions as the case progresses before this Court.

Plaintiff is aware that prior orders or permissions for alternative filing have been limited to a single specific filing. Plaintiff respectfully submits that such a piecemeal approach is inadequate given the persistent circumstances described herein, and that justice and judicial efficiency are best served by a standing order permitting Plaintiff to file all documents by email to the Court Helpdesk and by ECF notice—to be docketed by the Clerk's Office—for the full duration of proceedings before this District Court.

## II. PACER ACCOUNT LOCKED — EMERGENCY CIRCUMSTANCES

Plaintiff is a pro se litigant currently residing internationally in Nungua, Ghana, West Africa. Since February 6, 2026, Plaintiff's PACER account (Account Number: 6953570; Account Name: Lansana Mansaray; Account Status: Active) has been locked due to a Multi-Factor Authentication (MFA) issue. Plaintiff received a system notification confirming that backup codes were successfully added to the account; however, those backup codes are not being accepted by the PACER system, and Plaintiff does not have access to the original MFA method required to log in.

Plaintiff attempted to resolve this matter by contacting the PACER Service Center by phone and was placed on hold for approximately 51 minutes. Because Plaintiff is calling internationally, the per-minute cost is extremely high, making sustained telephone contact financially impractical and effectively impossible without the Court's assistance.

For the Court's reference, the backup codes on file with the PACER system that are not being accepted are as follows:

u9kn-qo4n-tmwi-zhu4

y7um-yjo7-75hq-17jw

n6t8-hxlj-p9m5-olxy

g4b7-zqr3-4qss-8c7a

uxic-uigh-3s0n-g0y5

rru1-070m-o84i-qhnl

673z-t07i-ibaz-y23w

tils-9enu-kgaw-bthf

nwpf-m4sf-kay8-u600

eywz-2tvv-mhza-4k0o

The locked account is significantly interfering with Plaintiff's ability to meet his legal obligations in this matter and constitutes an emergency given the pending deadline to reply to Defendants' Motion to Dismiss.

## III. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Grant Plaintiff a standing order permitting him to file all future documents, pleadings, motions, replies, and other submissions in this proceeding—including but not limited to his Reply to Defendants' Motion to Dismiss (ECF No. 29)—by email to the Court Helpdesk, with notice via ECF, to be docketed by the Clerk's Office, for the duration of this case before the District Court;

2. Direct the Court Helpdesk and/or the Clerk's Office to coordinate with the PACER Service Center to restore Plaintiff's PACER account access, or reset or disable the current MFA settings so that Plaintiff may regain entry to the system;

3. Alternatively, authorize an alternative method of secure identity verification and account access that does not require prolonged international telephone communication;

4. Grant any other relief the Court deems just and proper.

## IV.  LEGAL BASIS

Pro se litigants are entitled to have their filings construed liberally. Haines v. Kerner, 404 U.S. 519, 520 (1972). Courts retain inherent authority to manage their dockets and to ensure that parties proceeding without counsel have a meaningful opportunity to be heard. Where technical and logistical barriers outside a pro se party's control persistently prevent timely electronic filing, courts routinely permit alternative filing methods to protect the litigant's due process rights.

Here, Plaintiff faces a combination of persistent obstacles: he is an internationally located pro se litigant in Ghana, West Africa; his PACER account has been locked since February 6, 2026 due to an MFA failure beyond his control; he cannot access the system despite multiple good-faith efforts; telephone assistance from the PACER Service Center is effectively inaccessible due to prohibitive international call costs and extreme hold times of 51 minutes or more. These are not temporary or easily cured barriers—they are ongoing conditions that will affect every future filing in this case.

A prior order or permission limited to a single filing is insufficient to address this situation. Requiring Plaintiff to return to the Court with a new emergency motion each time he needs to file would create needless delay, burden the Court's docket, and risk missed deadlines through no fault of Plaintiff. A standing order for alternative filing—by email to the Court Helpdesk with ECF notice for the duration of this proceeding—is the most efficient and just solution. To require otherwise

would effectively deny Plaintiff access to the Court in violation of his due process rights.

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant a standing order permitting him to file all future documents and pleadings in this proceeding by email to the Court Helpdesk and by ECF notice, to be docketed by the Clerk's Office, for the duration of this case before the District Court—not limited to any single filing. Plaintiff further requests emergency assistance in restoring his PACER account access so that he may continue to fulfill his filing obligations going forward.

Respectfully submitted,

Dated: April 23, 2026

Lansana Mansaray, Plaintiff Pro Se

P.O. Box NG 508

Nungua, Ghana, West Africa

CERTIFICATE OF SERVICE

I certify that on April 23, 2026, I served a copy of this Motion on Defendants' counsel by email at the address below, due to the PACER/ECF access emergency described herein:


Ben Weathers-Lowin

Assistant United States Attorney

U.S. Attorney's Office for the District of Vermont

11 Elmwood Avenue, 3rd Floor

Burlington, VT  05401

802-951-6725

802-951-6540 (fax)

ben.weathers-lowin@usdoj.gov


Lansana Mansaray

Lansana Mansaray, Pro Se Plaintiff
