U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY 15 PM 12: 41

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

LANSANA MANSARAY,                          )
                                           )
    Plaintiff,                             )
                                           )
    v.                                     )          Case No. 2:24-cv-1101
                                           )
U.S. CITIZENSHIP and IMMIGRATION           )
SERVICES and LAURA B. ZUCHOWSKI,           )
                                           )
    Defendants.                            )

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE
MOTION TO DISMISS AND FOR STAY AND TOLLING OF
<u>DEADLINE FOR RESPONSE TO MOTION TO COMPEL</u>
(Doc. 42)**

This is an Administrative Procedures Act case concerning the denial of Mr. Mansaray's immigration petition filed pursuant to the Violence Against Women Act. Defendants previously filed a motion to dismiss on jurisdictional grounds. By order dated March 17, 2026, the court granted the motion in part and denied it in part. The motion was granted concerning Mr. Mansaray's claims that USCIS improperly considered certain information about his criminal history and an Order of Protection issued by a state court. It was also granted concerning his claim that USCIS failed to consider evidence of his good moral character. The basis for this ruling was the "jurisdiction stripping" provisions of 8 U.S.C. § 1252(a)(2)(B) that limit the court's authority to review the merits of decisions by USCIS.

The court viewed Mr. Mansaray's due process and APA claims differently. Because these are not subject to § 1252(a)(2)(B), the court allowed 60 days for defendants to renew their motion to dismiss – this time through F.R.Civ.P. 12(b)(6).

Defendants have now moved to extend the filing deadline for the motion to dismiss to May 29, 2026. The court GRANTS that two-week extension. Defendants also seek to extend their time to respond to plaintiff's Motion to Compel Production of 42 Withheld Pages and for Related Relief until after the motion to dismiss is resolved. The court also GRANTS the motion to stay. A response to the motion to compel is due 14 days after a ruling on the motion to dismiss in the event the motion is DENIED.

Dated at Burlington, in the District of Vermont, this 15th day of May, 2026.

Geoffrey W. Crawford, Judge
United States District Court