UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY 15 PM 3:59

CLERK

BY_____
DEPUTY CLERK

LANSANA MANSARAY,                    )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        Case No. 2:24-cv-1101
                                     )
U.S. CITIZENSHIP AND IMMIGRATION     )
SERVICES and LAURA B. ZUCHOWSKI,     )
                                     )
        Defendants.

**ORDER ON EMERGENCY MOTION FOR LEAVE TO FILE ALL FUTURE
DOCUMENTS AND PLEADINGS BY EMAIL AND FOR EMERGENCY
RESTORATION OF PACER/ECF ACCESS
(Doc. 41)**

Plaintiff Lansana Mansaray, representing himself, brings this action against the United

States Citizenship and Immigration Services ("USCIS") and Laura B. Zuchowski, the Director of

USCIS's Vermont Service Center, challenging the USCIS's denial of Plaintiff's Violence Against

Women Act self-petition.  Currently pending is Plaintiff's motion seeking to submit all future

filings by email and requesting emergency restoration of his access to PACER and ECF.  For the

reasons set forth below, Plaintiff's motion is GRANTED IN PART and DENIED IN PART.

Plaintiff explains that he lives in Nungua, Ghana, West Africa and was locked out of his

PACER account on or around February 6, 2026 because of a "Multi-Factor

Authentication . . . issue." (Doc. 41 at 2.)  He states that he attempted to call the PACER Service

Center but was kept on hold for nearly an hour, after which time he presumably hung up.  (*Id.*)

Plaintiff explains that making international phone calls to the United States from Ghana is

prohibitively expensive.  (*Id.*)  Plaintiff contends that his lack of PACER access is "significantly

interfering with [Plaintiff's] ability to meet his legal obligations in this matter[.]"  (*Id.* at 3.)  He

asks that he be allowed to file all future documents by emailing the Court Helpdesk "and by ECF notice[.]" (*Id.* at 2.)

Plaintiff's request to submit all future filings in this action to the court via email is GRANTED IN PART. Plaintiff may email any such filings to the address previously provided to him by the court.

Plaintiff's request for emergency restoration of his access to PACER and ECF is DENIED WITHOUT PREJUDICE. PACER is a third-party application not controlled by the District of Vermont. If it is impractical for Plaintiff to contact the PACER Service Center by phone, he may email it at pacer@psc.uscourts.gov or send a message via the online form found at https://pacer.uscourts.gov/contact-us. Plaintiff may also review multifactor authentication tips and resources at https://pacer.uscourts.gov/announcements/2026/04/20/mfa-tips-and-resources. For help with ECF, Plaintiff may email CMECFHelpDesk@vtd.courts.gov. For more information about electronic case filing the court refers Plaintiff to its Frequently Asked Questions for Electronic Case Filing (ECF) document available at https://www.vtd.uscourts.gov/sites/vtd/files/FAQ_ECF_09202019.pdf.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 15th day of May, 2026.

Geoffrey W. Crawford, Judge
United States District Court

2