

# Mansaray v. USCIS, No. 2:24-CV-01101 — Forwarding Motions per Ms. Solomon's Referral

1 message

**Greer, Matthew (USAVT)** <Matthew.Greer@usdoj.gov>                    Mon, Jun 22, 2026 at 9:33 PM
To: Lansana Mansaray <lansanamansaray2070@gmail.com>
Cc: Weathers-Lowin, Ben (USAVT) <Ben.Weathers-Lowin@usdoj.gov>

Mr. Mansaray,

Thank you for reaching out. Defendants oppose both motions.

Respectfully,

Matt

## Matthew J. Greer

Chief, Civil Division

U.S. Attorney's Office for the District of Vermont
11 Elmwood Avenue, 3rd Floor
Burlington, VT 05401
802-651-8261

[Quoted text hidden]